DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA HALL,**
Appellant,

v.

**HOMEOWNER'S CHOICE PROPERTY & CASUALTY
INSURANCE COMPANY,**
Appellee.

No. 4D21-492

[May 20, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. COCE16-453 and CACE19-10070.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Andrew A. Labbe of Groelle & Salmon, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***